THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JOHN A. COMERFORD, Respondent.— Orders of the County Court of Dutchess county, dismissing indictments, reversed upon the law and the facts and motions to dismiss indictments denied, on authority of People v. Rivello (39 App. Div. 454). Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

ALICE S. WILDES, Appellant, v. OCEANIC STEAM NAVIGATION COMPANY, LTD., Respondent.— Order setting aside the verdict and granting a new trial unanimously affirmed, with ten dollars costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

GLADYS McKONE, Appellant, v. FRANCIS M. FINK, etc., Respondent.— Application denied, with ten dollars costs.

N. STAFFORD COMPANY, etc., Respondent, v. GOLD SEAL ELECTRIC COMPANY, etc., Appellant.— Application denied, with ten dollars costs.

In the Matter of the Petition of MAURICE E. CONNOLLY for a Prohibition Order Directed against Honorable TOWNSEND SCUDDER, a Justice of the Supreme Court for the Second Judicial District.*— Motion for stay denied. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

FREDERICK C. H. ARENTZ, Appellant, v. MORSE DRY DOCK AND REPAIR COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

DOMENICO BIANCO, Appellant, v. WILLIAM S. DURR and ELMER S. DAVIS, Respondents.— Motion to consolidate appeals granted. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

ROSARIO CERIO, Respondent, v. SALVATORE GRILLO and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

FANNIE GITTESS, Appellant, v. LOUIS SHAPIRO, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Hagarty and Seeger, JJ.; Carswell, J., taking no part.

MICHAEL GITTESS, Appellant, v. LOUIS SHAPIRO, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Hagarty and Seeger, JJ.; Carswell, J., taking no part.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney. MURRAY NITSBERG or MURRAY NITZBERG, Respondent.— Motion granted, respondent disbarred and his name ordered stricken from the roll of attorneys. Present — Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (WILLIAM B. O'CONNOR).— Matter referred to an official referee to hear and to report with his opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

* See 222 App. Div. 591; Id. 604.— [REP.